IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -6 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * No. 03-20169-B |
| REGINALD PULLEN, | * |
| Defendant. | * |

**ORDER RELEASING GRAND JURY INFORMATION
TO DEFENDANT, DEFENSE COUNSEL THE
PROBATION OFFICER AND THE COURT
FOR USE AT SENTENCING**

It is hereby ORDERED that the Government's Motion for permission to disclose, under the conditions described below, the transcript of the testimony before the grand jury of defendant REGINALD PULLEN, is hereby GRANTED, and said transcript may be disclosed as follows:

a. The defendant and his counsel will be provided a copy of the transcript of that defendant's testimony before the grand jury before sentencing.

b. The Probation Officer assigned to this matter will be provided with a copy of the transcript of the grand jury testimony of the above-named defendant before sentencing for use in connection with the sentencing of the testifying defendant.

c. The Government will file under seal a copy of the transcript of the grand jury testimony of the above-named defendant, for the Court's consideration in sentencing and in connection with any departure motion.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-7-05

567

DONE at Memphis, Tennessee, this 6th day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 567 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT