IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                             No. 03-20169-B

REGINALD PULLEN,

Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, Reginald Pullen, currently set for September 12, 2005, is hereby GRANTED, and the sentencing is hereby reset to Oct., 17, 2005, at 9:00am

DONE at Memphis, Tennessee, this 8th day of Sept., 2005.

UNITED STATES DISTRICT JUDGE

APPROVED:
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-9-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 572 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT