IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 3:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES,

v.                                          Action No. 03:20169-B

REGINALD PULLEN,

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED, that the Defendant's motion to continue the sentencing of defendant, Reginald Pullen, currently set for November 15, 2005, is hereby GRANTED, and the sentencing is hereby reset to Nov. 30, 2005, at 1:30 p.m.

DONE at Memphis, Tennessee, on this the 25th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
William L. Johnson
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05

592

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 592 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Paula Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

William L. Johnson
LAW OFFICE OF WILLIAM L. JOHNSON
212 Adams Ave.
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Honorable J. Breen
US DISTRICT COURT